■ FRANK E. MARCHETERRE, JR., Appellant, v S&C ELECTRIC COMPANY et al., Respondents, et al., Defendants. (Appeal No. 1.) [709 NYS2d 747] —Order unanimously affirmed without costs. Memorandum: In these consolidated appeals in plaintiff's action to recover for injuries sustained as a result of electrical shock, plaintiff appeals from two orders, the first insofar as it granted the motions of defendants S&C Electric Company and Robson & Woese, Inc. for summary judgment dismissing the complaint and cross claims; and the second insofar as it granted the motion of defendant Ferguson Electric Co., Inc. for that same relief. Contrary to plaintiff's contention, Supreme Court properly determined that plaintiff's own culpable conduct was, as a matter of law, a superseding cause of the injuries, and that there are no triable issues of fact concerning the li-

ability of defendants for negligent design of the electrical system or negligent failure to warn and supervise plaintiff. The record establishes that the reckless action of plaintiff in sticking his head into an energized component of the switchgear, in disregard of a risk of electrical shock of which plaintiff was aware by virtue of his education, training and experience, broke the causal connection between any alleged negligence of defendants and the injuries sustained by plaintiff (*see, Breem v Long Is. Light. Co.,* 256 AD2d 294, 295, *lv denied* 93 NY2d 802; *Martinez v State of New York,* 225 AD2d 877, 878-879; *Bombard v Central Hudson Gas & Elec. Co.,* 205 AD2d 1018, 1020, *lv dismissed* 84 NY2d 923). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.